159 So. 921

## E. B. SHAW v. MONTGOMERY WARD & CO.

### 7 Div. 57.

Court of Appeals of Alabama.
Feb. 5, 1935.

W. M. Rayburn, of Gadsden, for appellant.
Culli & Culli, of Gadsden, for appellee.

SAMFORD, Judge.
Affirmed.

163 So. 910

## Paul SHELDON v. STATE.

### 6 Div. 889.

Court of Appeals of Alabama.
Nov. 5, 1935.

BRICKEN, Presiding Judge.
Appeal dismissed by appellant.

157 So. 922

## Sarah Margaret SHEPARD v. STATE.

### 5 Div. 955.

Court of Appeals of Alabama.
Nov. 27, 1934.

SAMFORD, Judge.
Appeal dismissed.

153 So. 92r

## Homer SHROPSHIRE v. STATE.

### 7 Div. I.

Court of Appeals of Alabama.
March 6, 1934.

C. B. Sims, of Centre, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

SAMFORD, Judge.
This cause is reversed and remanded on authority of Benton v. State, 24 Ala. App. 441; Rungan v. State, 25 Ala. App. 287, 145 So. 171.
Reversed and remanded.

162 So. 925

## Burley SHUTTLESWORTH v. STATE.

### 2 Div. 578.

Court of Appeals of Alabama.
Aug. 27, 1935.

PER CURIAM.
Appeal dismissed on motion of appellant.

161 So. 921

## Frank SIMMONS v. STATE.

### 8 Div. 154.

Court of Appeals of Alabama.
May 21, 1935.

RICE, Judge.
Appeal dismissed.

159 So. 895

## George SIMMONS v. STATE.

### 7 Div. 82.

Court of Appeals of Alabama.
Jan. 22, 1935.

BRICKEN, Presiding Judge.
Appeal dismissed.